UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM H. MALOOF, | ) | Case No.: 1:07 CV 1902 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| BT COMMERCIAL CORPORATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted the Debtors' Motion to Dismiss in a separate Order of the same date, hereby enters judgment for Defendants and against Plaintiff.

IT IS SO ORDERED.

<u>/s/ SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

March 5, 2008